UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIVON NUVELL LOCKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Case No. 25-cv-01564-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Trivon Nuvell Lockett has not responded to the Clerk's Notices to file a complaint and a motion to proceed *in forma pauperis* (or pay the filing fee). (Dkt. Nos. 4 and 5.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Lockett may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; and (iii) contain a complete application to proceed *in forma pauperis* or full payment for the $402.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 12, 2025



WILLIAM H. ORRICK
United States District Judge